UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JOSEPH CHAYOON, Plaintiff, v. EL-AL AIRLINES Defendant. | CA 07 473 T<br>CIVIL ACTION NO. ___________<br>**NOTICE OF REMOVAL** |

Pursuant to 28 U.S.C. §§1331, 1441 and 1446, EL AL ISRAEL AIRLINES, LTD. (incorrectly sued herein as "EL-AL AIRLINES" and hereinafter "EL AL"), by and through its attorneys, Campbell Campbell Edwards & Conroy, P.C. and Clyde & Co US LLP, files its Notice of Removal to this Court of an action pending against it in the Superior Court of Rhode Island, Washington County. Removal is based on the following grounds:

1. Plaintiff commenced this action in the Superior Court of Rhode Island, Washington County by filing a Summons and Complaint on or about November 2, 2007. EL AL signed for the Summons and Complaint on December 4, 2007. A copy of the Summons and Complaint is annexed hereto as Exhibit "A." No further proceedings have been held in this action.

2. Plaintiff seeks to recover for damage to and partial loss of baggage allegedly sustained during transportation from New York to Tel Aviv, Israel via Kiev, Ukraine on December 26-27, 2006. Complaint, ¶¶ 3-4. Upon information and belief, plaintiff traveled from New York to Kiev on Aerosvit Airlines on December 26-27, 2007. Complaint, ¶ 3. Plaintiff then traveled from Kiev to Tel Aviv on EL AL Flight No. LY0652 on December 27, 2007. Complaint, ¶ 3.

3. The damage to and/or partial loss of plaintiff's baggage was first noticed at the airport in Kiev, prior to EL AL ever having transported plaintiff or the baggage. Complaint, ¶ 3.

4. This Court has original jurisdiction based on the existence of a federal question pursuant to 28 U.S.C. §1331. The transportation out of which the subject matter of this action arose was "international carriage" within the meaning of a treaty of the United States known as the Convention for the Unification of Certain Rules Relating to International Transportation by Air, concluded at Warsaw, Poland, on October 12, 1929, 49 Stat. 3000, T.S. No. 876, 137 L.N.T.S. 11 (1934), reprinted in 49 U.S.C.A. § 40105 (1997) (note) as amended by the Protocol to Amend the Convention for the Unification of Certain Rules Relating to International Carriage by Air Signed at Warsaw 12 October 1929, 478 U.N.T.S. 371, ICAO Doc. 7686-LC/140 (signed at The Hague, 28 September 1955 and entered into force 1 August 1963) ("Warsaw Convention"), and/or the Convention for the Unification of Certain Rules for International Carriage by Air, done at Montreal on 28 May 1999, ICAO Doc. No. 9740 (entered into force November 4, 2003), *reprinted in* S. Treaty Doc. 106-45, 1999 WL 333292734 (hereinafter "Montreal Convention" or, collectively, the "multilateral treaty"), and the rights of the parties are governed exclusively by the provisions of the said Warsaw Convention and/or Montreal Convention.

5. Because the carriage involved was "international" as defined in Article 1 of the multilateral treaty, the multilateral treaty exclusively governs the rights and liabilities of the parties to this action. *See El Al Israel Airlines, Ltd. v. Tseng*, 525 U.S. 155 (1999); *King v. American Airlines, Inc.*, 284 F.3d 352, 356-57 (2d Cir. 2002). Accordingly, the underlying action may be removed to this Court pursuant to the provisions of 28 U.S.C. §1331 as the action arises under a treaty of the multilateral treaty.

6. This Notice of Removal is being filed within 30 days of service of the Complaint by plaintiff.

7. EL AL, therefore, is entitled to remove this action to this Court pursuant to 28 U.S.C. §§1331, 1441(b) and (d), and 1446.

8. Concurrently with the filing of this Notice, EL AL is giving notice of removal to plaintiff, and is filing a copy of this Notice with the Clerk of Court of the Superior Court of Rhode Island, Washington County. A copy of the Notice of Filing Notice of Removal is attached hereto as Exhibit "B."

WHEREFORE, defendant EL AL prays that the above-entitled action now pending in the Superior Court of Rhode Island, Washington County, be removed therefrom to this Court.

Dated: December 21, 2007

CAMPBELL CAMPBELL EDWARDS
& CONROY, P.C.

Richard P. Campbell (RI Bar #5685)
One Constitution Plaza, 3d Floor
Boston, MA 02129
Tel: (617) 241-3000
Fax: (617) 241-5115
rpcampbell@campbell-trial-lawyers.com

-and-

Diane Westwood Wilson
CLYDE & CO US LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
(212) 710-3900

Attorneys for Defendant
EL AL ISRAEL AIRLINES, LTD.

**CERTIFICATE OF SERVICE**

I, Richard P. Campbell, attorney for the defendant, El Al Israel Airlines, Ltd., hereby certify that on December 21, 2007, I served a true copy of the above Notice of Removal by first class mail, postage pre-paid, on the following individual:

Joseph Chayoon
P.O. Box 1535
Westerly, RI 02891

Richard P. Campbell