STATE OF RHODE ISLAND
WASHINGTON, SC.

SUPERIOR COURT

JOSEPH CHAYOON,

Plaintiff,

v.

EL-AL AIRLINES

Defendant.

CIVIL ACTION NO. ___________

**NOTICE OF FILING**
**NOTICE OF REMOVAL**

PLEASE TAKE NOTICE that a Notice of Removal, a copy of which is attached hereto as Exhibit "A," has been filed by defendant EL AL ISRAEL AIRLINES, LTD. (incorrectly sued herein as "EL-AL AIRLINES" and hereinafter "EL AL") with the Office of the Clerk of the United States District Court for the District of Rhode Island.

Dated: December 21, 2007

CAMPBELL CAMPBELL EDWARDS
& CONROY, P.C.

Richard P. Campbell (RI Bar #5685)
One Constitution Plaza, 3d Floor
Boston, MA 02129
Tel: (617) 241-3000
Fax: (617) 241-5115
rpcampbell@campbell-trial-lawyers.com

-and-

Diane Westwood Wilson
CLYDE & CO US LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
(212) 710-3900

Attorneys for Defendant
EL AL ISRAEL AIRLINES, LTD.

**CERTIFICATE OF SERVICE**

I, Richard P. Campbell, attorney for the defendant, El Al Israel Airlines, Ltd., hereby certify that on December 21, 2007, I served a true copy of the above Notice of Filing Notice of Removal by first class mail, postage pre-paid, on the following individual:

Joseph Chayoon
P.O. Box 1535
Westerly, RI 02891

Richard P. Campbell