UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JOSEPH CHAYOON,<br><br>Plaintiff,<br><br>v.<br><br>EL-AL AIRLINES<br><br>Defendant. | CIVIL ACTION NO. ________<br><br>**NOTICE OF APPEARANCE** |

TO: Clerk of Court

Please enter the appearance of Richard P. Campbell, Esquire of Campbell Campbell Edwards & Conroy, P.C. as counsel for the defendant, EL AL ISRAEL AIRLINES, LTD. (incorrectly sued herein as "EL-AL AIRLINES" and hereinafter "EL AL") in the above captioned matter.

Respectfully Submitted,

Richard P. Campbell (RI Bar #5685)
CAMPBELL CAMPBELL EDWARDS & CONROY, P.C.
One Constitution Plaza, 3d Floor
Boston, MA 02129
(617) 241-3000

Attorney for Defendant
EL AL ISRAEL AIRLINES, LTD.

Dated: December 21, 2007