UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOSEPH CHAYOON,<br>Plaintiff,<br>v.<br>EL-AL AIRLINES<br>Defendant. | ) | CIVIL ACTION NO. ___________<br>**RULE 7.1 STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorneys of record for EL AL ISRAEL AIRLINES, LTD. (incorrectly sued herein as "EL-AL AIRLINES" and hereinafter "EL AL"), certify that the following are parent corporations or publicly-held corporations that own more than 10% of stock of EL AL: Knafaim Holdings Ltd.

CAMPBELL CAMPBELL EDWARDS
& CONROY, P.C.

Richard P. Campbell (RI Bar #5685)
One Constitution Plaza, 3d Floor
Boston, MA 02129
Tel: (617) 241-3000
Fax: (617) 241-5115
rpcampbell@campbell-trial-lawyers.com

-and-

Diane Westwood Wilson
CLYDE & CO US LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
(212) 710-3900

Attorneys for Defendant
EL AL ISRAEL AIRLINES, LTD.

**CERTIFICATE OF SERVICE**

I, Richard P. Campbell, attorney for the defendant, El Al Israel Airlines, Ltd., hereby certify that on December 21, 2007, I served a true copy of the above Rule 7.1 Corporate Disclosure Statement by first class mail, postage pre-paid, on the following individual:

Joseph Chayoon
P.O. Box 1535
Westerly, RI 02891

Richard P. Campbell