UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JOSEPH CHAYOON
Plaintiff,

CIVIL ACTION NO 07 -473T

V.

EL-AL AIRLINES
Defendant.

**PLAINTIFF'S OBJECTION TO NOTICE OF REMOVAL**

The plaintiffs Joseph Chayoon is hereby objects to to the Defendant's request for removal of the above case complaint which was originally filed with the superior court of Rhode Island, Washington County on November 2, 2007, pursuant to 28 Sections 1331,1441, and 1446.

Although Plaintiff seeks to recover damages to, and partial loss of, baggage due to a sever negligent by the defendant, this quest for remedy is only the initial part of the plaintiff's claim, the main and the more prominent part of the claim is the way the Defendant, who claimed responsibility for the loss, handled the case **after** the claim of loss of baggage was filed by the plaintiff as it was so requested by the defendant, by which the defendant, El-Al Airlines, abused the Plaintiff , forcing him to walk through the "Via Dolorosa" dictated by the defendant and its "Lost and Found" understaffed, One Frustrated Man in Charged of the Whole U.S. East Coast, agency in New York; the "Ignore" and "Do Not Pay Attention" policy of the El-Al's Customer Service Department; and the "You Are Nobody, Nobody Cares about Your Losses, & Take it or Leave it, Nothing You can Do about It" policy of El-Al Airlines in New York. As it was so described in the Plaintiff's Complaint and its "First Claim of Relief" part of the Complaint.

For that sever abuse of the Plaintiff by the Defendant, the Plaintiff prayed the Superior Court of Rhode Island at Washington County to **issue a Punitive damages** to be paid by the defendant to the Plaintiff.

Pursuant to U.S.C. 28 Section 1331, It is possible that the lost of baggage part of the above claim might contain a federal question in it and might even allows a District Court jurisdiction but the Complaint as an whole does not provide an exclusive jurisdiction to a District Court; does not preclude a jurisdiction of the Rhode Island Superior Court; and it most definitely does not provide a sufficient reason for Removal especially when the responsibility of the defendant to the Lost of Baggage is only a small part of the complaint and the First Claim of Relief while the main and more prominent part of it is the way the defendant handled the "Lost of Baggage Claim" after it was filed and the plaintiff's request for a punitive damages due to actions of abuse of the Plaintiff by the defendant following the initial lost of beggege.

**CONCLUSION**

For reasons stated above and pursuant to 28 U.S.C. Sec. 1331, 1441, and 1446 the Defendant El-Al Airlines is **not** entitled to remove this action from the Superior Court of Rhode island, Washington county, where it was filed and is now pending, to this court.

With all due respect.

Joseph Chayoon

Joseph Chayoon,
Plaintiff, Pro se.
P.O. Box 1535
Westerly, RI. 02891
Phone: (401)322-9131

**CERTIFICATION OF SERVICE**

I hereby certify that a true copy of the within Objection to Removal was sent upon the defendant's attorney via U.S. First class mail on January 2, 2008 to his address as follows: Richard Campbell, One Constitutional Plaza, 3ed Floor. Boston, MA. 02129

Joseph Chayoon

Joseph Chayoon.

JS-44 (Rev. 1/07 RI)

# CIVIL COVER SHEET

**I. (a) PLAINTIFFS** Joseph Chayoon

(b) County of Residence of First Listed Plaintiff ____________
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) Attorney's (Firm Name, Address, and Telephone Number)

Plaintiff Pro-Se (401) 322-9131
P.O. Box 1535
Westerly, Rhode Island 02891

**DEFENDANTS** EL-AL Airlines

County of Residence of First Listed Defendant New York
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known) Richard P. Campbell, Esq. (617) 241-3000
Campbell Campbell Edwards & Conroy PC
One Constitution Plaza; Boston, MA 02129

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [X] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

**Admiralty**
- [ ] 340 Marine(Injury to Seamen)
- [ ] 120 Marine (Other)

**Admin/Agency Appeals Other**
- [ ] 890 Other Statutory Actions (APA Appeals, IDEA Appeals, Other)

**Bankruptcy**
- [ ] 422 Appeal 28 U.S.C. § 158
- [ ] 423 Withdrawal 28 U.S.C. § 157

**Banks and Banking**
- [ ] 140 Negotiable Instruments
- [ ] 430 Banks and Banking
- [ ] 875 Customer Challenge to Subpoena (12 U.S.C. § 3410)

**Business and Commercial**

**Anti-trust**
- [ ] 410 Anti-Trust

**Construction Contracts**
- [ ] 130 Miller Act
- [ ] 190 Other Contracts

**Securities Law & Stockholder Suits**
- [ ] 160 Stockholders' Suits
- [ ] 850 Securities/ Commodities/ Exchange

**Other - Business/Comm.**
- [ ] 196 Franchise
- [ ] 490 Cable/Satellite TV

**Consumer Credit**
- [ ] 371 Truth in Lending
- [ ] 480 Consumer Credit
- [ ] 190 Other Contracts

**Civil Rights**

**Constitutional Law**
- [ ] 950 Constitutionality of State Statutes
- [ ] 440 Other Civil Rights (Constitutionality of Federal Statutes)

**Elections and Voting**
- [ ] 400 State Reapportionment
- [ ] 441 Voting

**Other - Civil Rights**
- [ ] 440 Other Civil Rights
- [ ] 443 Housing/ Accommodations
- [ ] 444 Welfare
- [ ] 446 Americans with Disabilities

**Copyright & Trademark (Intellectual Property)**
- [ ] 820 Copyright
- [ ] 840 Trademark

**Employment and Employee Benefits**

**Employment Discrimination**
- [ ] 442 Employment
- [ ] 445 Americans with Disabilities- Employment
- [ ] 440 Other -Civil Rights

**ERISA**
- [ ] 791 Employment Ret. Inc. Security Act

**Other Employment Benefits**
- [ ] 190 Other - Contract
- [ ] 442 Other -Employment

**Environmental Law**
- [ ] 893 Environmental Matters

**Indian Law**
- [ ] 890 Other Statutory Actions

**Insurance**
- [ ] 110 Insurance Contract

**Labor and Occupational Safety**
- [ ] 660 Occupational Safety/Health
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Management Relations
- [ ] 730 Labor/Management Reporting and Disclosure Act
- [ ] 740 Railway Labor Act
- [ ] 790 Other Labor Litigation

**Miscellaneous Civil Cases**
- [ ] 150 Recovery of Overpayment and Enforcement of Judgment (Collections)
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (excluding Veterans)
- [ ] 153 Recovery of Overpayment of Veterans' Benefits
- [ ] 370 Other Fraud
- [ ] 440 Other Civil Rights (Immigration/Deportation)
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 610 Agriculture
- [ ] 620 Other Food and Drug
- [ ] 625 Drug related seizure of property
- [ ] 630 Liquor Laws
- [ ] 640 Railroad and Truck

**Miscellaneous Civil Cases Continued**
- [ ] 650 Airline Regs.
- [ ] 690 Other (Forfeiture)
- [ ] 690 Other (Health Care)
- [ ] 810 Selective Service
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS-Third Party (26 U.S.C. § 7609)
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 892 Economic Stabilization Act
- [ ] 894 Energy Allocation Act
- [ ] 895 Freedom of Information Act
- [ ] 900 Appeal of Fee Determination under Equal Access to Justice Act

**Patents (Intellectual Property)**
- [ ] 830 Patents

**Prisoner Petitions**
- [ ] 510 Motions to Vacate Sentence (2254)
- [ ] 510 Motions to Vacate Sentence (2255)
- [ ] 530 General (Habeas)
- [ ] 535 Death Penalty
- [ ] 540 Mandamus and Other
- [ ] 550 Civil Rights (1983)
- [ ] 555 Prison Conditions(1983)

**Real and Personal Property**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent, Lease and Ejectment
- [ ] 240 Torts to Land
- [ ] 290 All other Real Property
- [ ] 380 Other Personal Property Damage

**RICO**
- [ ] 470 RICO

**Social Security**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**Torts and Personal Injury**

**Mass Torts**
- [ ] 360 Other Personal Injury

**Products Liability**
- [ ] 195 Contract Product Liability
- [ ] 245 Tort Product Liability
- [ ] 315 Airplane Product Liability
- [ ] 345 Marine Product Liability
- [ ] 355 Motor Vehicle Product Liability
- [ ] 365 Personal Injury Product Liability
- [ ] 385 Property Damage Product Liability

**Professional Malpractice**
- [ ] 362 Personal Injury - Med. Malpractice

**Motor Vehicle Accidents/Slip and Fall**
- [ ] 350 Motor Vehicles
- [ ] 360 Other Personal Injury

**Other Torts and Personal Injury incl. Asbestos cases**
- [ ] 360 Other Personal Injury (Fed. Tort Claims Act)
- [X] 310 Airplane
- [ ] 320 Assault, Libel and Slander
- [ ] 330 Federal Employers' Liability
- [ ] 360 Other Personal Injury
- [ ] 368 Asbestos Personal Injury

**V. ORIGIN** (Place an "X" In One Box Only)

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (Specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge From Magistrate Judgment

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Convention for the Unification of Certain Rules for International Carriage by Air, done at Montreal on 28 May, 1999, ICAO Doc. No. 8740, reprinted in S. Treaty Doc. 106-45, 1999 WL 333292734 ("Montreal Convention") and/or Warsaw Convention as amended by the Hague Protocol.

Brief description of cause:
**Claim for damage to and partial loss of baggage during international carriage governed by multilateral treaty.**

**VII. REQUESTED IN COMPLAINT**

☐ Check if this is a Class Action Under F.R.C.P. 23

DEMAND $

JURY DEMAND: ☐ Yes ☒ No
(Check YES only if demanded in complaint)

**VIII. RELATED CASE(S) IF ANY**

JUDGE ______________________ DOCKET NUMBER ______________________

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

______________________
Date

______________________
Signature of Attorney of Record

## INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44

Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. NATURE OF SUIT: Place an X in the appropriate box. Make sure to select the Nature of Suit from the category which best describes the primary cause of action found in your complaint. You must select only one nature of suit.

VIII. RELATED CASES, IF ANY: This section of the JS-44 is used to reference related pending cases if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**FOR OFFICE USE ONLY**

Receipt # __________ Amount __________ Applying IFP __________ Judge __________ Mag. Judge __________

CAMPBELL CAMPBELL EDWARDS & CONROY
PROFESSIONAL CORPORATION

CAMPBELL
TRIAL LAWYERS

ONE CONSTITUTION PLAZA
THIRD FLOOR
BOSTON, MA 02129
TEL: (617) 241 3000
FAX: (617) 241 5115

RICHARD P. CAMPBELL
(617) 241-3000

December 21, 2007

**BY HAND DELIVERY**

Civil Clerk's Office
Federal Building and Courthouse
One Exchange Terrace
Providence, RI 02903

RE: **Joseph Chayoon v. EL AL Israel Airlines, Ltd.**

Dear Sir or Madam:

Enclosed please find in regards to the above-captioned matter, the following documents on behalf of defendant El Al Israel Airlines, Ltd.:

(1) Civil Action Cover Sheet and Category Sheet;

(2) A check in the amount of $350 to cover the cost of the filing fee;

(3) Defendant, El Al Israel Airline, Ltd's Notice of Removal;

(4) Notices of Appearance for Richard P. Campbell; and

(5) Defendant El Al Israel Airline Ltd.'s Rule 7.1 Corporate Disclosure Statement.

Kindly docket and file same. Please notice that I have also provided two (2) copies of the Notice of Removal so that stamped copies of this Notice of Removal can be filed with the Washington County Superior Court and plaintiff's. Thank you for your attention to this matter.

Very truly yours,

Richard P. Campbell

cc: Joseph Chayoon, Pro Se