STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: WC-2007-0744 JOSEPH CHAYOON V EL AL AIRLINES

Filing Date: 11-13-2007
Case Status: CLOSED DURING DISCOVERY

Case Type: PROPERTY DAMAGE
Status Date: 12-21-2007

Plaintiff: JOSEPH CHAYOON
ID: @10941835

Attorney: PRO SE

Defendant: EL AL AIRLINES
ID: @10941836

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 11-13-2007 | COMPLAINT FILED | |
| 11-13-2007 | INITIAL FILING FEE | |
| 11-13-2007 | ORD MOT PRCD IN FORMA PAUPERI | THOMPSON,J------GRANTED<br>Affiliated: RHODE ISLAND COURTS |
| 12-21-2007 | NOTICE | REMOVAL TO US DISTRICT COURT. CASE # CA 07 473<br>Affiliated: EL AL AIRLINES |
| 12-21-2007 | CASE REMVD TO US DISTRICT CT | |
| 12-21-2007 | OTH DOC FILED DURING DISCOV | |

True Copy Attest



Offices of Clerk of Superior Court
County of Washington
Wakefield, Rhode Island

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JOSEPH CHAYOON,<br><br>Plaintiff,<br><br>v.<br><br>EL-AL AIRLINES<br><br>Defendant. | CIVIL ACTION NO. 07-00473 (DLM) |

**DEFENDANT EL AL ISRAEL AIRLINES, LTD.'S LOCAL RULE 81 CERTIFICATE OF FILING CERTIFIED COPIES OF STATE COURT PLEADINGS**

I, Richard P. Campbell, attorney for defendant El Al Israel Airlines, Ltd. (incorrectly sued herein as "El-Al Airlines" and hereinafter "El Al"), in accordance with the provisions of 28 U.S.C. § 1446, caused to be filed on behalf of El Al on December 21, 2007, a Notice of Removal of this action from the Superior Court for Rhode Island, Washington, SC, to the United States District Court for the District of Rhode Island.

I further certify that pursuant to Local Rule 81 attached hereto are certified copies of all records, proceedings and docket entries in the Superior Court for Rhode Island, Washington, SC, in the case captioned Joseph Chayoon v. El-Al Airlines, Civil Action Number WC-2007-744.

THIS CERTIFICATE IS SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 8th DAY OF JANUARY, 2008.

EL AL ISRAEL AIRLINES, LTD.

By its Attorneys,

CAMPBELL CAMPBELL EDWARDS & CONROY, P.C.

Richard P. Campbell
One Constitution Plaza, 3rd Floor
Boston, MA 02129
(617) 241-3000

**CERTIFICATE OF SERVICE**

I, Richard P. Campbell, attorney for the defendant, El Al Israel Airlines, Ltd., hereby certify that on January 8, 2008, I served a true copy of the above document by first class mail, postage pre-paid, on the following individual:

Joseph Chayoon, Pro Se
P.O. Box 1535
Westerly, RI 02891

Richard P. Campbell