Case 1:07-cv-00473-RDLM Document 7-2 Filed 01/25/2008 Page 1 of 1

The Airline Codes Web Site



## Airline Code Search Result

| | |
|---|---|
| IATA-Code: | LY |
| ICAO-Code: | ELY |
| Prefix-Code: | 114 |
| Airline: | El Al Israel Airlines |
| Country: | Egypt |
| Callsign: | |
| Website: | http://www.elal.co.il/ |