# AVIATION (Cont'd)

Cote d'Ivoire
Croatia
Cuba
Cyprus
Czech Republic
Denmark
Dominican Republic
Ecuador
Egypt
El Salvador
Estonia
Fiji
Finland
France
Gabon
German Democratic Republic
Germany, Federal Republic of
Ghana
Greece
Grenada
Guatemala
Guinea
Hungary
Iceland
India
Iran
Iraq
Ireland
Israel
Italy
Japan
Jordan
Kazakhstan
Kenya
Korea, Democratic People's Republic of
Korea, Republic of
Kuwait
Kyrgyzstan
Laos
Latvia
Lebanon
Lesotho
Libya
Liechtenstein
Lithuania
Luxembourg
Macedonia
Madagascar
Malawi
Malaysia [1]
Maldives
Mali
Mauritius
Mexico
Moldova
Monaco
Morocco
Nauru
Nepal
Netherlands
New Zealand
Niger
Nigeria
Norway
Oman
Pakistan
Panama
Papua New Guinea
Paraguay
Peru
Philippines
Poland
Portugal
Qatar
Romania
Russian Federation
Rwanda
St. Vincent and the Grenadines
Samoa
Saudi Arabia
Senegal
Serbia and Montenegro
Seychelles
Singapore
Slovak Republic
Slovenia
Solomon Islands
South Africa
Spain
Sri Lanka
Sudan
Suriname
Swaziland
Sweden
Switzerland
Syria
Togo
Tonga
Trinidad and Tobago
Tunisia
Turkey
Ukraine
Union of Soviet Socialist Republics [2]
United Arab Emirates
United Kingdom
United States
Uzbekistan
Vanuatu
Venezuela [1]
Vietnam
Yemen
Zambia
Zimbabwe

NOTES:
[1] With reservation(s).
[2] See note under UNION OF SOVIET SOCIALIST REPUBLICS in Section 1.

Montreal Protocol No. 4 to amend the Convention for the unification of certain rules relating to international carriage by air, signed at Warsaw on October 12, 1929, as amended by the Protocol, done at The Hague on September 28, 1955. Done at Montreal September 25, 1975; entered into force June 14, 1998; for the United States March 4, 1999.
TIAS
States which are parties:
Argentina [1]
Australia
Azerbaijan
Bahrain
Belgium
Bosnia-Herzegovina
Brazil
Canada [2]
Colombia
Croatia
Cyprus
Denmark
Ecuador
Egypt
Estonia
Ethiopia
Finland
Ghana
Greece
Guatemala
Guinea
Honduras
Hungary
Iceland
Ireland
Israel
Italy
Japan
Jordan
Kenya
Kuwait
Lebanon
Macedonia
Mauritius
Nauru
Netherlands [3]
New Zealand [4]
Niger
Norway
Oman
Portugal
Serbia and Montenegro
Singapore
Slovenia
Spain
Sweden
Switzerland [5]
Togo
Turkey
United Arab Emirates
United Kingdom [1 6]
United States
Uzbekistan

NOTES:
[1] With declaration.
[2] With reservation in respect of Art. XXI, paragraph 1(a).
[3] Applicable to the Kingdom in Europe and the Netherlands Antilles.
[4] Extended to Tokelau.
[5] With reservation in respect of Art. XXI, paragraph 1(b).
[6] Extended to the Bailiwick of Jersey; the Bailiwick of Guernsey; the Isle of Man; Anguilla; Bermuda; British Antarctic Territory; British Indian Ocean Territory; British Virgin Islands; Cayman Islands; Falkland Islands and dependencies; Gibraltar; Montserrat; Pitcairn, Henderson, Ducie and Oeno Islands; Saint Helena and dependencies; Turks and Caicos Islands; and United Kingdom Sovereign Base Areas of Akrotiri and Dhekelia in the Island of Cyprus.

International air services transit agreement.[1] Signed at Chicago, December 7, 1944;[2] entered into force January 30, 1945; for the United States February 8, 1945.
59 Stat. 1693; EAS 487; 3 Bevans 916; 84 UNTS 389.
States which are parties:
Afghanistan
Albania
Algeria
Antigua and Barbuda
Argentina
Armenia
Australia
Austria
Azerbaijan
Bahamas, The