## AVIATION (Cont'd)

Togo
Tonga
Trinidad and Tobago
Tunisia
Turkey
Turkmenistan
Uganda
Ukraine
United Arab Emirates
United Kingdom [3 4]
United States
Uruguay
Uzbekistan
Vanuatu
Vietnam
Yugoslavia [5]

NOTES:
[1] Applicable to Hong Kong and Macao. See note under CHINA in Section 1.
[2] With reservation(s).
[3] With declaration(s).
[4] Applicable to Isle of Man.
[5] See note under YUGOSLAVIA in Section 1.

Convention on the marking of plastic explosives for the purpose of detection, with technical annex. Done at Montreal March 1, 1991; entered into force June 21, 1998.
TIAS
Parties:
Afghanistan [1]
Albania
Algeria [1 2]
Argentina [3]
Armenia
Austria [3]
Azerbaijan [1]
Bahrain [1]
Bangladesh
Barbados [1]
Belarus [1]
Benin
Bhutan
Bolivia [1]
Bosnia-Herzegovina
Botswana [1]
Brazil [2 3]
Bulgaria [3]
Burkina Faso
Burma
Cameroon [1]
Canada [3]
Cape Verde [1]
Chile [1]
Costa Rica
Croatia
Cuba [1 2]
Cyprus [1]
Czech Republic [3]
Denmark [1 4]
Djibouti
Ecuador [1]
Egypt [1]
El Salvador [1]
Eritrea [1]
Estonia [1]
Finland [3]
France [3]
Gambia, The [1]
Georgia [1]
Germany [3]
Ghana [1]
Greece [3]
Grenada [1]
Guatemala [1]
Guinea
Honduras
Hong Kong [5]
Hungary [1]
Iceland [1]
India [2 3]
Ireland [1]
Italy [1]
Jamaica
Japan [3]
Jordan [1]
Kazakhstan [1]
Kenya [1]
Korea [2 3]
Kuwait [1]
Kyrgyz Republic [1]
Latvia [1]
Lebanon [1]
Libya [1]
Liechtenstein [1]
Lithuania [1]
Macedonia [1]
Madagascar [1]
Maldives [1]
Mali [1]
Malta [1]
Marshall Islands [1]
Mexico [1]
Moldova [1]
Monaco [1]
Mongolia [1]
Morocco [1]
Netherlands [1 6]
New Zealand [1 7]
Nigeria [1]
Norway [3]
Oman [1]
Palau [1]
Panama [1]
Paraguay
Peru [1 2]
Philippines [1]
Portugal [1]
Qatar [1]
Romania [1]
St. Kitts and Nevis [1]
Samoa [1]
Saudi Arabia [1 2]
Senegal
Seychelles [1]
Singapore [1]
Slovak Republic [3]
Slovenia [1]
South Africa [3]
Spain [3]
Sri Lanka [1]
Sudan [1]
Suriname [1]
Swaziland [1]
Switzerland [3]
Syria
Tanzania [1]
Togo [1]
Tonga [1]
Trinidad and Tobago [1]
Tunisia [1]
Turkey [1 2]
Turkmenistan
Uganda
Ukraine [1]
United Arab Emirates [1]
United Kingdom [3 8]
United States [3]
Uruguay [1]
Uzbekistan [1]
Zambia [1]

NOTES:
[1] With declaration Party is not a producer state.
[2] With reservation(s).
[3] With declaration Party is a producer state.
[4] Not applicable to the Faroe Islands.
[5] CHINA is not a party to this treaty but has made it applicable to Hong Kong.
[6] Applicable to Aruba.
[7] Not applicable to Tokelau.
[8] Extended to the Bailiwick of Guernsey, the Bailiwick of Jersey, the Isle of Man, the Cayman Islands, the Falkland Islands, Montserrat and the British Virgin Islands.

Agreement to ban smoking on international passenger flights. Done at Chicago November 1, 1994; entered into force March 1, 1995.
TIAS 12578.
Parties:
Australia
Canada
New Zealand
United States

Arrangement on the joint financing of a North Atlantic Height Monitoring System. Signed at Montreal July 31, August 11, 18 and 23, September 28, October 25 and December 12, 1995; entered into force December 12, 1995.
TIAS
Parties:
Canada
International Civil Aviation Organization
Iceland
Ireland
Portugal
United Kingdom
United States

Convention for the unification of certain rules for international carriage by air. Done at Montreal May 28, 1999; entered into force November 4, 2003.
TIAS
Parties:
Albania
Austria
Bahrain
Barbados
Belgium
Belize
Benin
Botswana
Bulgaria
Cameroon
Canada [1]
Cape Verde
China
Colombia
Cuba
Cyprus
Czech Republic
Denmark
Egypt
Estonia
European Community
Finland

## AVIATION (Cont'd)

France
Gambia
Germany
Greece [1]
Hungary
Iceland
Ireland
Italy
Japan [1]
Jordan
Kenya
Kuwait
Latvia
Lebanon
Lithuania
Luxembourg
Macedonia
Malta
Mexico
Monaco
Mongolia
Namibia
Netherlands
New Zealand [2]
Nigeria
Norway
Panama
Paraguay
Peru
Portugal [1]
Qatar
Romania
St. Vincent and the Grenadines
Saudi Arabia
Slovak Republic
Slovenia
Spain
Sweden
Switzerland
Syria
Tanzania
Tonga
United Arab Emirates
United Kingdom
United States [1]
Vanuatu

NOTES:
[1] With declaration(s).
[2] Applicable to Tokelau.

Multilateral agreement on the liberalization of international air transportation, with annex and appendix. Done at Washington May 1, 2001; entered into force December 21, 2001.
TIAS
Parties:
Brunei
Chile
New Zealand
Samoa
Singapore
Tonga
United States