AeroSvit Airlines

ПАСАЖИРСЬКИЙ КВИТОК І БАГАЖНА КВИТАНЦІЯ
PASSENGER TICKET AND BAGGAGE CHECK

КУПОН ДЛЯ ПАСАЖИРА
PASSENGER COUPON

ЗВ'ЯЗАНІ КВИТКИ
CONJUNCTION TICKETS

| НЕДІЙСНИЙ ДЛЯ ПЕРЕВЕЗЕННЯ / NOT GOOD FOR PASSAGE | ПЕРЕВІЗНИК / CARRIER | РЕЙС / FLIGHT | КЛАС / CLASS | ДАТА / DATE | ЧАС ВИЛЬОТУ / TIME | СТАТУС / STATUS | БАЗА ТАРИФУ / FARE BASIS |
|---|---|---|---|---|---|---|---|
| FROM NEW YORK JFK | VV | 132 | U | 26DEC | 1855 | OK | OLPR3M |
| TO KIEV BORISPOL | VV | 4652 | U | 27DEC | 2200 | OK | OLPR3M |
| TO TEL AVIV | VV | 238 | U | 23JAN | 0715 | OK | OLPR3M |
| TO KIEV BORISPOL | VV | 131 | U | 23JAN | 1200 | OK | OLPR3M |
| TO NEW YORK JFK | | | | | | | |

NYC VV X/IEV VV TLV VV X/IEV VV NYC NUC ENDROE ... USD 5.00XA USD 7.00XY USD 5.00YC USD 13.00IL USD 8.00... USD 4.00UD USD 14.00YK USD 156.00 ... USD 4.50XT JFK4 ...

ТАКСА / TAX 2.50

ТАКСА / TAX 159.50

ФОРМА ОПЛАТИ / FORM OF PAYMENT

ОРИГІНАЛЬНО ВИДАНИЙ / ORIGINAL ISSUE

КОД АВІАКОМПАНІЇ / AIRLINE CODE — ФОРМА І СЕРІЙНИЙ НОМЕР / FORM AND SERIAL NUMBER — CK

870 2400 585909 1

0000546271 5

НЕ РОБИТИ ПОМІТКИ ТА ЗАПИСИ НА ВІЛЬНОМУ ПОЛІ
DO NOT MARK OR WRITE IN THE WHITE AREA ABOVE