UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

JOSEPH CHAYOON
Plaintiff(s)

v. Dkt. No. 1:07-cv-00473-T-DLM

EL AL ISRAEL AIRLINES, LTD.
Defendant(s)

**MOTION FOR ADMISSION PRO HAC VICE**

Plaintiff/Defendant EL AL Israel Airlines, Ltd. hereby moves that Barry S. Alexander be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

EL AL ISRAEL AIRLINES, LTD.
(Plaintiff/Defendant)

By: Barry S. Alexander
Bar ID No. 2915239
Address: 405 Lexington Avenue
New York, NY 10174

DATED: February 14, 2008

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of New York and of the following Federal District Court and/or Court of Appeals Bar(s) Please see attached, and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my pro hac vice revoked by any court. (If applicant has been sanctioned, disciplined or had any pro hac vice status revoked, please provide a full explanation.)

(3) I have never been convicted of a serious crime as defined in LR Gen 213(a)(3).

(4) Except as listed below, I have not been admitted or applied to be admitted pro hac vice in any case in this District during the past 12 months. (If you have appeared or applied for *pro hac vice* admission during the past 12 months, please provide the date(s), case name(s) and name(s) of the judge(s) who presided).

(5) I understand my obligation to notify this Court of any changed circumstances that affect my answers to the preceding questions.

**Form 1 (cont'd)**

(6) I have read, acknowledge, and agree to observe and be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purpose of this case I have associated with local counsel identified below, and have read acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Signature of *Pro Hac Vice* Applicant

Barry S. Alexander — 2915239
Print Name — State Bar ID #

Clyde & Co US LLP
Firm Name

The Chrysler Building, 405 Lexington Avenue
Business Address

New York, New York 10174

(212) 710-3900
Tel. #

(212) 710-3950
Fax #

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Signature of Local Counsel

Richard P. Campbell — 5685
Print Name — RI Bar ID #

Campbell Campbell Edwards & Conroy, PC
Firm and Business Address

One Constitution Plaza
Boston, MA 02129

Tel. # 617-241-3000 Fax # 617-241-5115

------------------------------------------------------------

## ORDER

This is motion
hereby ______________________________

______________________________
District Judge

Date:

Barry S. Alexander has been admitted to practice and is a member in good standing in the following Federal District Courts and Court of Appeals Bar(s):

U.S. District Court for the Southern District of New York

U.S. District Court for the Eastern District of New York

U.S. Court of Appeals for the Ninth Circuit