UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JOSEPH CHAYOON
Plaintiff,

CIVIL ACTION NO. 07-00473 T (DLM)

V.

EL-AL AIRLINES
Defendant.

## PLAINTIFF'S RESPONSE TO PFFER OF JUDGMENT

Pursuant to rule 68 of the federal rules of Civil Procedure, The Plaintiff joseph Chayoon is hereby basically accept the defendant's offer to allow judgement be taken against the defendant in this action by Plaintiff in the amount Tow Thousand Dollars ($2,000.00). However, this offer should be accompanied by a letter from El-Al Management by which it relates to the actions of it's Lost & Found Agent (Mr. Peter Ninger) In New York as stated in the Plaintiff's Complaint. And to the fact that neither one of the plaintiff's emails to the El-al Customer's service regarding his ordeal situation with El Al Lost & Found agency in New York was responded, including a token of apology in a way of complementary round trip coach tickets as explains in the appendix attached within.

Dated: February 28, 200

Sincerely,

Joseph Chayoon,
Plaintiff, Pro se
P.O. Box 1535
Westerly, RI 02891
Phone: (401)322-9131

## CERTIFICATION OF SERVIE

I, Joseph Chayoon is hereby Certify that a true copy of the within Response was served upon the attorney for the defendant on February 28, 2008 at his address as follows: Richard P. Campbell, One constitution plaza, 3ed Floor. Boston, MA 02129

Joseph Chayoon