Joseph Chayoon
P.O. Box 1535
westerly, RI 02891

February 28, 2008

Mr. Richard P. Campbell
One constitutional plaza, 3ed Floor
Boston, MA 02129

Re: Joseph Chayoon v. EL AL Airlines
Civil Action No. 07-00473

Dear Mr. Campbell:

With regard to the above matter and as an appendix to the Response to Offer of judgement within, I would very much like you to relay the content of this letter to El Al management.

The offer of $2,000.00 is indeed enough to cover my loss but, my property losses were not the only reason for my filling the action against El Al but more for the way I was abused and totally ignored by by their understaffed (one rude person only for the entire East Coast of the USA) Lost & Found Agency in New York and El Al's Customer's Service which never responded to any of my emails. An ordeal that ended with a miserable "Take It Or Leave It There Is Noting You Can Do About It, No Explanation" Offer.

I am a citizen of the United States of America but at the same time I am also a citizen of the state of Israel were I was born and raised, which is my second home. El Al Israel Airlines is my national carrier. I am its "Nosea Matmid" Frequent Flyer. I was always very proud of El Al airlines and I know that in Passengers' Safety and Security El Al is a Top Class Carrier and I was always willing to give up some of my convenience for the sake of security and "Like Home" filling flying with El Al.

There is nothing I hate more then publicly giving El Al a bad name and that exactly what this action might do and I know that I, myself and my pride would be heart by it. I have always defended and spoke good only about flying El Al (and believe me I would keep and prefer to fly El Al when I can in the future). Saying that and for the same token I cannot accept E-1Al, New York's Lost & Found Agency and It's Customers Service behaveier and rudness. There is one thing about keeping within the budget but El Al should not sacrifice its Good Name for this purpose. With the right staff and the right instuction to its steff El Al can stay within its budget and keep its good name at the same time.

Getting back to El Al's offer which basically I do accept I would wont El Al management to include a letter of explanation and/or apology regarding the ordeal I have been through and a complementary four open round trip coach tickets to Israel via El al as a token of its sincere apology.

Sincerely

Joseph Chayoon