UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOSEPH CHAYOON,<br><br>Plaintiff,<br><br>v.<br><br>EL-AL AIRLINES<br><br>Defendant. | ) | CIVIL ACTION NO. 07-00473 (DLM) |

**JOINT MOTION TO RE-SCHEDULE MARCH 19, 2008**
**HEARING ON PLAINTIFF'S MOTION TO REMAND**

The plaintiff, Joseph Chayoon, (the "*pro se* plaintiff") contacted counsel for the defendant, EL AL Israel Airlines, Ltd. (incorrectly sued herein as "EL-AL AIRLINES" and hereinafter the "defendant") to request a short adjournment of the hearing on his Motion to Remand presently scheduled for March 19, 2008, because the *pro se* plaintiff needs additional time to prepare for the hearing.

In an effort to avoid undue waste of judicial resources in light of the ongoing settlement negotiations, which may obviate the need for the hearing, and to allow the *pro se* plaintiff sufficient time to prepare for the hearing in the event that settlement cannot be reached, EL AL consents to the adjournment requested by the *pro se* plaintiff. This motion is being filed by EL AL to assist the *pro se* plaintiff in dealing with the logistical issues involved in the filing of the motion.

Accordingly, the parties respectfully request a two-week adjournment of the March 19, 2008, hearing on the *pro se* plaintiff's motion to remand.

Dated: March 17, 2008

JOSEPH CHAYOON, PRO SE

/s/ Joseph Chayoon*
Joseph Chayoon, Pro Se
P.O. Box 1535
Westerly, RI 02891

*Per written authorization

CAMPBELL CAMPBELL EDWARDS
& CONROY, P.C.

/s/ Richard P. Campbell
Richard P. Campbell (RI Bar #5685)
One Constitution Plaza, 3d Floor
Boston, MA 02129
Tel: (617) 241-3000
Fax: (617) 241-5115
rpcampbell@campbell-trial-lawyers.com
-and-

Diane Westwood Wilson
Barry S. Alexander
CLYDE & CO US LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
(212) 710-3900

Attorneys for Defendant
EL AL ISRAEL AIRLINES, LTD.

**CERTIFICATE OF SERVICE**

I, Richard P. Campbell, attorney for the defendant, El Al Israel Airlines, Ltd., hereby certify that on March 17, 2008, I served a true copy of the above Answer by first class mail, postage pre-paid, on the following individual:

Joseph Chayoon
P.O. Box 1535
Westerly, RI 02891

/s/ Richard P. Campbell
Richard P. Campbell