UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOSEPH CHAYOON, Plaintiff, | : | Civil Action No. 1:07-cv-00473-T-DLM |
| v. | : | **STIPULATION AND ORDER OF DISMISSAL** |
| EL-AL AIRLINES, Defendant. | : | |

IT IS HEREBY STIPULATED AND AGREED by and between Joseph Chayoon, plaintiff *pro se*, and EL AL Israel Airlines, Ltd. (incorrectly sued herein as "EL-AL AIRLINES"), the parties to the above-entitled action that, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action by, between and against all of the parties be, and the same hereby is dismissed with prejudice and without costs to any party as against each other.

Dated: April 14, 2008

JOSEPH CHAYOON

By____________________
Joseph Chayoon
Plaintiff *Pro Se*
P.O. Box 1535
Westerly, Rhode Island 02891
(401) 322-9131

CLYDE & CO US LLP

By____________________
Diane Westwood Wilson (DW 0520)
Attorneys for Defendant
EL AL Israel Airlines, Ltd.
405 Lexington Avenue
New York, New York 10174
(212) 710-3900

SO ORDERED:

____________________
U.S.D.J.